IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L. SHERMAN**  **PETITIONER**
ADC #096304

v.  Case No: 4:24-cv-00343-LPR

**DEXTER PAYNE,**
*Director, ADC*  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 30). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice. All requested relief is DENIED. The Clerk is instructed to close this case.

IT IS SO ORDERED this 16th day of December 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After the RD was entered, Petitioner filed a Motion for Judgment by Default and to Enter Preliminary and Permanent Injunction (Doc. 33). The Court has reviewed this Motion as well as Director Payne's Response (Doc. 34). To the extent the Motion could possibly be construed as lodging objections to the RD, the Court has considered them and finds them meritless.

[2] The Court agrees with the RD that this is one of the very rare cases that justifies a judge's decision to *sua sponte* raise a non-jurisdictional issue and rule on that issue after giving the eventually-losing party notice of the issue and an opportunity to respond. Further, the Court notes that the exhaustion argument was not waived; rather, at most it was forfeited, which does not preclude the Court from addressing it as just described.