**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PATRICK L. SHERMAN**                                                                 **PETITIONER**
**ADC #096304**

**v.**                                            **Case No: 4:24-cv-00343-LPR**

**DEXTER PAYNE,**
*Director, ADC*                                                                          **RESPONDENT**

### <u>JUDGMENT</u>

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. All requested relief is DENIED.

IT IS SO ADJUDGED this 16th day of December 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE